FORM L51 Final Decree  (v.9.14)

19–23303 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:** 19–23303 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Daniel L Henry
xxx–xx–9328

1410 D St
Sacramento, CA 95814–0922

Chivon D Henry
xxx–xx–9060

1410 D St
Sacramento, CA 95814–0922

**Trustee:**  Alan S. Fukushima
770 L Street, #950
Sacramento, CA 95814

**Telephone Number:**  916–449–3949

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
8/30/19

For the Court,
Wayne Blackwelder , Clerk